484

PER CURIAM.

(No. 75-CC-317—

PROFESSIONAL AUDIT BUREAU, Claimant, *vs.* STATE OF
ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES,
Respondent.

*Opinion filed April 11, 1975.*

PROFESSIONAL AUDIT BUREAU, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J.
KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-340—

BUSKE LINES, INC., Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF CHILDREN AND FAMILY SERVICES,
Respondent.

*Opinion filed April 11, 1975.*

BUSKE LINES, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.